**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MELVIN SMITH, JR.**                                                                    **PLAINTIFF**
**ADC #82282**

**v.**           **CASE NO. 5:11CV00002 BSM/HDY**

**RAY HOBBS et al.**                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered today, judgment is entered dismissing this case without prejudice and the relief sought is denied. It is further certified that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 7th day of January, 2011.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE